IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAKEVION TRAYLOR,<br><br>      Plaintiff,<br><br>    v.<br><br>ONE SOURCE TECHNOLOGY, LLC d/b/a ASURINT, FIRST ADVANTAGE BACKGROUND SERVICES CORP., AND HIRERIGHT, LLC,<br><br>      Defendants. | Case No. 3:23-cv-01542-D |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
FIRST ADVANTAGE BACKGROUND SERVICES CORP. ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jakevion Traylor and Defendants First Advantage Background Services Corp. and HireRight, LLC, by and through undersigned counsel, hereby stipulate that this action be dismissed with prejudice as to First Advantage Background Services Corp. only. Plaintiff and First Advantage shall each bear their own attorneys' fees and costs.

//

Respectfully submitted,

Date:  February 1, 2024

*/s/Beth Findsen*
Beth Findsen SBN: 24002679
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: 602-807-6676
F: 718-715-1750
E: bfindsen@consumerattorneys.com

*Attorneys for Plaintiff Jakevion Traylor*

*/s/John G. Papianou*
Jonathan Andrew Lautin
**QUILLING SELANDER LOWNDS WINSLETT & MOSER PC**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
T: 214-871-2100
F: 214-871-2111
Email: jlautin@qslwm.com

John G. Papianou
*(admitted pro hac vice)*
jpapianou@mmwr.com
Leah A. Tedford
*(admitted pro hac vice)*
ltedford@mmwr.com
**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
1735 Market Street
Philadelphia, PA 19109
T: 215-772-7389
F: 215-731-3636

*Attorneys for Defendant HireRight, LLC*

*/s/ Esther Slater McDonald*
Tricia W. Macaluso
Texas Bar No. 24013773
tmacaluso@seyfarth.com
**SEYFARTH SHAW LLP**
2001 Ross Ave., Suite 700-120
Dallas, Texas 75201
Telephone:  (469) 608-6706
Facsimile:   (214) 853-4289

Frederick Thomas Smith
*(admitted pro hac vice)*
fsmith@seyfarth.com
Esther Slater McDonald
*(admitted pro hac vice)*
emcdonald@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile:  (404) 724-1624

*Attorneys for Defendant First Advantage Background Services Corp.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Marie Tirona*
